**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02489-CMA-CBS

TIMOTHY R. SPECHT, and
DEBRA J. SPECHT,

    Plaintiffs,

v.

THE CITY COUNCIL OF THE CITY OF STEAMBOAT SPRINGS, COLORADO,
AND THE MEMBERS THEREOF, and
THE CITY OF STEAMBOAT SPRINGS, COLORSDO,

    Defendants.

---

**ORDER APPROVING STIPULATION FOR DISMISSAL OF U.S.C. 42 § 1983 CLAIM**

---

The Court having reviewed the Stipulation for Voluntary Dismissal of Claim Under 42 U.S.C. § 1983 (Doc. # 12), filed by Plaintiffs and Defendants, pursuant to 28 U.S.C. § 1447, and being duly advised in the premises, hereby approves the Stipulation and enters it as an Order of this Court.  Plaintiffs' U.S.C. 42 § 1983 Claim is hereby DISMISSED.

A certified copy of this Order shall be mailed by the United States District Court Clerk to the Clerk of the District Court of Routt County, Colorado.

    DATED:  November __18__, 2009

                                         BY THE COURT:

                                         _____
                                         CHRISTINE M. ARGUELLO
                                         United States District Judge