**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02489-CMA-CBS

TIMOTHY R. SPECHT, and
DEBRA J. SPECHT,

    Plaintiffs,

v.

THE CITY COUNCIL OF THE CITY OF STEAMBOAT SPRINGS, COLORADO,
AND THE MEMBERS THEREOF; and
THE CITY OF STEAMBOAT SPRINGS, COLORADO,

    Defendants.

## ORDER FOR REMAND OF STATE CLAIMS

The Court having reviewed Plaintiffs' Unopposed Motion for Remand of State Claims Pursuant to 28 U.S.C. § 1447 (Doc. # 11), and being duly advised in the premises, hereby ORDERS that Plaintiffs' claims brought pursuant to their Complaint, including First Claim for Relief (Rule 106(a)(4), C.R.C.P.), the remaining claims as set forth in Paragraphs 34(a) and 34(b) of the Second Claim for Relief (Declaratory Judgment, Rule 57, C.R.C.P.), and the Third Claim for Relief (Injunctive Relief), be REMANDED to the District Court of Routt County, Colorado, Case No. 2009-CV-207, Division 2-A.

A certified copy of this Order for Remand shall be mailed by the United States District Court Clerk to the Clerk of the District Court of Routt County, Colorado.

DATED:  November   18  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge